**Order entered February 7, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00997-CV

**NOYE DVONYOTTO AND KIMBERLY DVONOYOTTO, Appellant**

**V.**

**WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR
SECURITIZED ASSET BACKED RECEIVABLES, Appellee**

**On Appeal from the County Court at Law No. 5
Collin County, Texas
Trial Court Cause No. JE-005-1746-2012**

## ORDER

The Court has before it appellee's motion to dismiss this appeal because the reporter's record is overdue. We **DENY** the motion. We **ORDER** Antoinette Varela, court reporter for the Collin County County Court at Law No. 5, to file, within fifteen days of the date of this order, either the reporter's record or written verification appellant has not made payment arrangements for the reporter's record. If we receive written verification appellant has not made payment arrangements for the reporter's record, this appeal will be submitted without a reporter's record. *See* TEX. R. APP. P. 37.3(c).

/s/      ELIZABETH LANG-MIERS
JUSTICE